

18cv236 JHR LF
Doc 68

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICAL BUSINESS

Eric Scott Kindley,
West Tennessee Detention Facility
6299 Finde Naifeh Dr.
Mason, TN 380 , US
00-112

RETURN TO SENDER
NO ADDRESS

MEMPHIS
TN 380
15 OCT '19
PM 1 L

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 22 2019

MITCHELL R. ELFERS
CLERK

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.650
02 1P
0000909904
MAILED FROM ZIP CODE 87102
OCT 08 2019

3c4d56411a20a798