**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**JANE DOE,**

       **Plaintiff,**

**v.**                                         **Cause No. 18-CV-00236 JHR/LF**

**THE BOARD OF COUNTY COMMISSIONERS**
**FOR THE COUNTY OF OTERO; OTERO COUNTY**
**SHERIFF BENNY HOUSE;**
**OTERO COUNTY DETENTION CENTER**
**DIRECTOR CAROLYN BARELA;**
**ERIC SCOTT KINDLEY,**

       **Defendants.**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this 4th day of December 2019, the **Third Amended Notice of Deposition of JANE DOE 2** was served via email to all counsel of record as listed below:

Carolyn M. Nichols, Esq.
Maggie H. Lane, Esq.
Rothstein Donatelli, LLP
500 4th Street, NW, #400
Albuquerque, NM  87102-2174
camnichols@rothsteinlaw.com
mhlane@rothsteinlaw.com
     And
Mark H. Donatelli, Esq.
John C. Bienvenu, Esq.
1215 Paseo de Peralta
Post Office Box 8180
Santa Fe, NM  87504-8180
mhd@rothsteinlaw.com
jbienvenu@rothsteinlaw.com
*Attorneys for Plaintiff*

An identical copy of the above was served via U.S. Mail to the following:

Eric Scott Kindley, S.O. #217485
Pulaski County Regional Detention Facility (PCRDF)
3201 West Roosevelt Road
Little Rock AR  72204
*Pro Se Defendant*

       Respectfully submitted,

       BRENNAN & SULLIVAN, P.A.

    By: */s/ James P. Sullivan*
      James P. Sullivan
      Christina L. G. Brennan
      128 East DeVargas
      Santa Fe, New Mexico 87501
      (505) 995-8514
      *Attorneys for Defendant Board of County Commissioners*
      *for the County of Otero, Otero County Sheriff Benny House*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of December, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the counsel of record to be served by electronic means, and an identical copy of this certificate of service was served via U.S. mail to Pro Se Defendant listed above.

    By: */s/ James P. Sullivan*
      James P. Sullivan