IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE LAURA FASHING

Caption:   *Doe v. The Board of County Commissioners for the County of Otero et al*
1:18-cv-00236-JHR-LF

AND   *Doe v. The Board of County Commissioners for the County of Otero et al*
2:19-cv-00460-CG-GJF

Date & Time:  Thursday, January 16, 2020, 9:00 a.m.

Appearances for Plaintiffs:

Carolyn M. Nichols  *CMN*
~~Maggie H Lane~~ (not today)
Patricia Sanchez, Paralegal *PBS*

Plaintiff(s) in Attendance:

Jane Doe 1  yes
Jane Doe 2  yes

Appearances for Defendants:

James P Sullivan  /s/
Christina L Brennan  /s/
Tony Ortiz

Defendant(s) in Attendance:

Jennifer Ortiz (Association of Counties) /s/

Richard Pevner (by phone)

Others Attending:

_X_ Case settled.  Per order filed concurrently, closing documents due on February 17, 2020.

___ Case did not settle.

___ Settlement efforts to be continued on _____ at _____.

_X_ Chama Courtroom; Time in Court= 4 hours.