**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**JANE DOE,**

    **Plaintiff,**

v.                                                     **Cause No. 18-CV-00236 JHR/LF**

**THE BOARD OF COUNTY COMMISSIONERS**
**FOR THE COUNTY OF OTERO; OTERO COUNTY**
**SHERIFF BENNY HOUSE;**
**OTERO COUNTY DETENTION CENTER**
**DIRECTOR CAROLYN BARELA;**
**ERIC SCOTT KINDLEY,**

    **Defendants.**

**STIPULATION OF DISMISSAL OF DEFENDANT,**
**BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF OTERO**

COME NOW the Party Plaintiff Jane Doe, by and through her counsel of record, Rothstein Donatelli, LLP (Carolyn M. Nichols, Esq.), and Defendant, the Board of County Commissioners for the County of Otero, by and through its counsel of record, Brennan & Sullivan, P.A. (James P. Sullivan), and pursuant to Fed.R.Civ.P. 41(a)(1)(A), hereby stipulate to the dismissal of this matter, with prejudice.

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.

By: */s/ James P. Sullivan*
James P. Sullivan
Christina L. G. Brennan
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
*Attorneys for Defendant Board of County Commissioners for the County of Otero, Otero County Sheriff Benny House*

By: *Approved via email 03/06/20*
Carolyn M. Nichols, Esq.
Maggie H. Lane, Esq.
Rothstein Donatelli, LLP
500 4th Street, NW, #400
Albuquerque, NM  87102-2174
camnichols@rothsteinlaw.com
mhlane@rothsteinlaw.com
         And
Mark H. Donatelli, Esq.
1215 Paseo de Peralta
Post Office Box 8180
Santa Fe, NM  87504-8180
mhd@rothsteinlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of March 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Carolyn M. Nichols, Esq.
Maggie H. Lane, Esq.
Rothstein Donatelli, LLP
500 4th Street, NW, #400
Albuquerque, NM  87102-2174
camnichols@rothsteinlaw.com
mhlane@rothsteinlaw.com
     And
Mark H. Donatelli, Esq.
1215 Paseo de Peralta
Post Office Box 8180
Santa Fe, NM  87504-8180
mhd@rothsteinlaw.com
*Attorneys for Plaintiff*

                    By:    */s/ James P. Sullivan*
                              James P. Sullivan